UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LISA MARIE HAVENS,

        Petitioner,

v.                              CASE NO.  2:09-CV-10399
                                HON. STEPHEN J. MURPHY, III

MILLICENT WARREN,

        Respondent.
_____/

**OPINION AND ORDER DENYING APPLICATION TO PROCEED
*IN FORMAPAUPERIS* AND DISMISSING HABEAS PETITION WITHOUT PREJUDICE**

Petitioner Lisa Marie Haven, a state prisoner currently confined at the Huron Valley Women's Complex in Ypsilanti, Michigan, has submitted a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 and an application to proceed *in forma pauperis*.  Petitioner's certificate of prisoner institutional/trust fund account activity states that she had a current spendable account balance of $195.67 in her prison account as of January 13, 2009, when an administrative officer of the Michigan Department of Corrections certified her financial statement.  Petitioner also states that she receives a pension of $150.00 per month.  The Court concludes from this financial data that Petitioner has not established indigence and that she should be able to pay the $5.00 filing fee for this action.  Accordingly, the Court **DENIES** Petitioner's application to proceed *in forma pauperis* and **DISMISSES WITHOUT PREJUDICE** the petition for writ of habeas corpus.

          s/Stephen J. Murphy, III
          STEPHEN J. MURPHY, III
          United States District Judge

Dated: April 20, 2009

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on April 20, 2009, by electronic and/or ordinary mail.

          s/Alissa Greer
          Case Manager